ROBERT R. MOORE (BAR NO. 113818)
MICHAEL S. GREGER (BAR NO. 15652 **Signed: December 27, 2007**
WILLIAM W. HUCKINS (BAR NO. 201098)
MARLENE M. MOFFITT (BAR NO. 223658)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

Attorneys for Defendants
BURLINGAME CAPITAL PARTNERS II, L.P.;
ELECTROCHEM FUNDING, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 04-41044-LT11 |
| QMECT, INC., d/b/a ELECTROCHEM, | Chapter 7 |
| Debtor. | |
| QMECT, INC., | Adv. No. 04-04171 |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| BURLINGAME CAPITAL PARTNERS II, L.P.; ELECTROCHEM FUNDING, LLC, | Judge: Hon. Leslie Tchaikovsky |
| Defendants. | |

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Burlingame Capital Partners II, L.P. and Electrochem Funding, LLC filed a Motion for Summary Judgment on Plaintiff QMECT, Inc.'s *Complaint to Avoid Preferential Transfer, for Recovery of Money, and for Disallowance of Claims* (11 U.S.C. §§ 547, 550 and 502); the Trustee, John T. Kendall, opposed the Motion, filed a cross-motion for summary judgment, and filed further briefing on the matter, all as set forth in the record in this case; Burlingame and Electrochem replied to the Trustee's opposition, opposed the Trustee's cross-motion for summary judgment, and likewise filed further briefing on the matter, all as set forth in the record in the case. Burlingame's motion for summary judgment, the Trustee's cross-motion for summary judgment and the further briefing by the parties in the matter came on for hearings in the case, the Honorable Leslie J. Tchaikovsky presiding. On December 11, 2007, the Court entered its Memorandum of Decision in the proceedings. For the reasons set forth in the Memorandum of Decision and based thereon,

**THE COURT HEREBY ORDERS, ADJUDGES AND DECREES**, as follows:

1. Defendants Burlingame Capital Partners II, L.P. and Electrochem Funding, LLC's Motion for Summary Judgment on Plaintiff QMECT, Inc.'s *Complaint to Avoid Preferential Transfer, for Recovery of Money, and for Disallowance of Claims* (11 U.S.C. §§ 547, 550 and 502) is **GRANTED**.

IT IS SO ORDERED.

** END OF ORDER**

## COURT SERVICE LIST

Reidun Stromsheim, Esq.
Stromsheim & Associated
201 California Street, Suite 350
San Francisco, California 94111

Robert R. Moore, Esq.
Michael S. Greger, Esq.
William W. Huckins, Esq.
Marlene M. Moffitt, Esq.
Allen Matkins Leck Gamble Mallory
  & Natsis LLP
Three Embarcadero Center, 12th Floor|
San Francisco, CA  94111-4074

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

-2-
ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT