

ROBERT R. MOORE (BAR NO. 113818)
MICHAEL S. GREGER (BAR NO. 156525) Signed: December 27, 2007
WILLIAM W. HUCKINS (BAR NO. 201098)
MARLENE M. MOFFITT (BAR NO. 223658)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**

Attorneys for Defendants
BURLINGAME CAPITAL PARTNERS II, L.P.;
ELECTROCHEM FUNDING, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 04-41044-LT11 |
| QMECT, INC., d/b/a ELECTROCHEM, | Chapter 7 |
|     Debtor. | |
| QMECT, INC., | Adv. No. 04-04171 |
|     Plaintiff, | JUDGMENT |
|   vs. | Judge: Hon. Leslie Tchaikovsky |
| BURLINGAME CAPITAL PARTNERS II, L.P.; ELECTROCHEM FUNDING, LLC, | |
|     Defendants. | |

WHEREAS Defendants Burlingame Capital Partners II, L.P. and Electrochem Funding, LLC's Motion for Summary Judgment on Plaintiff QMECT, Inc.'s *Complaint to Avoid Preferential Transfer, for Recovery of Money, and for Disallowance of Claims* (11 U.S.C. §§ 547, 550 and 502) has been granted and the Order Granting Defendants' Motion for Summary Judgment has been entered,

1. Judgment is hereby entered in favor of Defendants Burlingame Capital Partners II, L.P. and Electrochem Funding, LLC and against Plaintiff Trustee John T. Kendall, as successor to QMECT, Inc. on Plaintiff QMECT, Inc.'s *Complaint to Avoid Preferential Transfer, for Recovery of Money, and for Disallowance of Claims* (11 U.S.C. §§ 547, 550 and 502).

** END OF ORDER**

# <u>COURT SERVICE LIST</u>

Reidun Stromsheim, Esq.
Stromsheim & Associated
201 California Street, Suite 350
San Francisco, California 94111

Robert R. Moore, Esq.
Michael S. Greger, Esq.
William W. Huckins, Esq.
Marlene M. Moffitt, Esq.
Allen Matkins Leck Gamble Mallory
  & Natsis LLP
Three Embarcadero Center, 12th Floor|
San Francisco, CA  94111-4074

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

728865.01/SF

2
JUDGMENT